## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 10th day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Richard W. Riley, Esquire
*Duane Morris LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Edward J. Underhill, Esquire
Gary Vist, Esquire
*Masuda, Funai, Eifert & Mitchell, LTD.*
203 North LaSalle, Suite 2500
Chicago, IL 60601

_____
Mary E. Augustine (No. 4477)